UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 1:16-cv-00933-NYW

SANTIAGO ABREU,

    Plaintiff,

v.

RED LION HOTELS HOLDINGS, INC.,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, SANTIAGO ABREU, by and through undersigned counsel, hereby files his Notice of Voluntary Dismissal With Prejudice of this Action pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and gives notice of the following:

1. Defendant, RED LION HOTELS HOLDINGS, INC. ("Defendant"), has not filed an Answer or a Motion for Summary Judgment and therefore the dismissal of this action at Plaintiff's request is proper pursuant to Fed. R. Civ. P. 41(a).

2. This case shall be dismissed **with prejudice** with each party to bear its own attorneys' fees and costs.

                BY: /s/ Jason S. Weiss
                      Jason S. Weiss
                      Jason@jswlawyer.com
                      Florida Bar No. 356890
                      **WEISS LAW GROUP, P.A.**
                      5531 N. University Drive, Suite 103
                      Coral Springs, FL 33067
                      Tel: (954) 573-2800
                      Fax: (954) 573-2798
                      *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of February 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all parties of record.

                                                BY:   /s/ Jason S. Weiss
                                                            Jason S. Weiss
                                                            Jason@jswlawyer.com
                                                            Florida Bar No. 356890